THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SALVATORE SCATA, JOSEPH BOLOGNIA, THEODORE DiDONNE, DOMINICK ZIZZO, SAM KIMMEL and EUGENE BRUNO, Appellants.

(Argued October 13, 1936; decided November 17, 1936.)

*Jacob W. Friedman* and *Edward B. Wallace* for Salvatore Scata, appellant.

*Louis J. Castellano* for Joseph Bolognia, appellant.

*Benjamin C. Ribman* and *Milton H. Goldstricker* for Theodore DiDonne, appellant.

*Samuel S. Leibowitz* and *Osmond K. Fraenkel* for Dominick Zizzo and Eugene Bruno, appellants.

*Jack H. Delbick* and *Leo Healy* for Sam Kimmel, appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed. The error in the judge's charge as to the effect of a promise by the Assistant District Attorney did not in our opinion affect the substantial right of the defendants. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Dissenting as to defendants Kimmel, Bruno and Zizzo; LEHMAN and LOUGHRAN, JJ.